FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLAH©,<br>*SP/C, 5% Nation of Islam,*<br><br>　　　　Petitioner,<br><br>　v.<br><br>DEAN MASON,<br>*doing business as Sup. of WCC,*<br><br>　　　　Respondent. | No. 2:25-cv-00227-SAB<br><br>**ORDER DISMISSING ACTION** |

　　By Order filed July 28, 2025, the Court directed Petitioner, an individual incarcerated at the Washington Corrections Center in Shelton, Washington, to pay the $5.00 filing fee to commence this habeas action or properly seek leave to proceed *in forma pauperis*. ECF No. 4. On August 4, 2025, Petitioner paid the filing fee. Therefore, the Clerk of Court shall **TERMINATE** the deadline associated with the Order to Comply with Filing Fee/*In Forma Pauperis* Requirements, ECF No. 4. *Id.*

　　This is Petitioner's nineteenth habeas action filed in this District since 2010. Petitioner challenges his 2014 federal criminal conviction, No. 2:13-cr-00112-TOR, asserting that because this conviction is not on the Washington State Patrol's (WATCH), he wants to be released with $100,000.00. ECF No. 1 at 1-3. He

ORDER DISMISSING ACTION -- 1

appears to be challenging how his federal conviction and "2 Felony USM detainers" are affecting his state custody.

The Court notes Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 was denied. *See United States v. Edwin Randal Coston, also known as Allah*, No. 2:13-cr-00113-TOR (E.D. Wash June 27, 2022). On March 19, 2024, that Court denied a Motion to Validate Judgment, finding the Judgment entered in that case contained "both his former and new name: 'EDWIN RANDAL COSTON aka ALLAH.'" *Id.* ECF No. 216. The Court declines to entertain Petitioner's arguments further.

Accordingly**, IT IS HEREBY ORDERED**:

1. The Petition for a Writ of Habeas Corpus, ECF No. 1, **is DENIED** and this action is **DISMISSED with prejudice.**

2. The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). Therefore, a certificate of appealability is **DENIED.**

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment, and forward a copy to Petitioner. The Clerk of Court shall **close** the file.

**DATED** this 11th day of September 2025.



Stan Bastian
Chief United States District Judge

ORDER DISMISSING ACTION -- 2